| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Baruch C. Cohen, Esq. (SBN 159455)<br>LAW OFFICE OF BARUCH C. COHEN<br>    A Professional Law Corporation<br>4929 Wilshire Boulevard, Suite 940<br>Los Angeles, California 90010<br>(323) 937-4501    Fax (323) 937-4503<br>e-mail: baruchcohen@baruchcohenesq.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Plaintiffs* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

| In re:<br><br>THOMAS MOUNT<br><br><div align="right">Debtor(s).</div><br>JONATHAN BAKER & BAKER ENTERTAINMENT GROUP<br><br><div align="right">Plaintiff(s),</div>vs.<br><br>THOMAS MOUNT<br><br><div align="right">Defendant.</div> | CASE NO.: 6:19-bk-10279-MH<br>CHAPTER: 7<br>ADVERSARY NO: 6:19-ap-01050-MH<br><br>**NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:**<br><br>**COMPLAINT BY JONATHAN BAKER & BAKER ENTERTAINMENT GROUP AGAINST THOMAS MOUNT** |

PLEASE TAKE NOTE that the order or judgment titled (*revised*) **STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)** was lodged on 6/06/2019 and is attached. This order relates to the motion which is docket number 1.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 1    **F 9021-1.2.ADV.NOTICE.LODGMENT**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Baruch C. Cohen, Esq. (SBN 159455)<br>LAW OFFICE OF BARUCH C. COHEN<br>     A Professional Law Corporation<br>4929 Wilshire Boulevard, Suite 940<br>Los Angeles, California 90010<br>(323) 937-4501 Fax (888) 316-6107<br>e-mail: baruchcohen@baruchcohenesq.com<br><br>☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Plaintiffs | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>THOMAS MOUNT<br><br>Debtor(s)<br><br>JONATHAN BAKER & BAKER ENTERTAINMENT GROUP<br><br>Plaintiff(s)<br>vs.<br><br>THOMAS MOUNT<br><br>Defendant(s) | CASE NO.: 6:19-bk-10279-MH<br>CHAPTER: 7<br>ADVERSARY NO: 6:19-ap-01050-MH<br><br>**STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)**<br><br>DATE: 6-5-2019<br>TIME: 2:00 p.m.<br>COURTROOM: 303<br>ADDRESS: 3420 Twelfth Street, Riverside CA 92501 |

1. A status conference took place on the date and time indicated above.
2. Parties and counsel were present as reflected in the court record.
3. This matter is disposed of as follows:
   a. ☒ Continued to the following date for a further status conference:    **11-6-2019 at 2:00 PM**
   b. ☒ A joint status report must be filed and served, including a judge's copy, by: **10-30-2019**
   c. ☐ The last day to join other parties and to amend pleadings is *(specify date)*: _____
   d. ☒ The last day for **dispositive motions** (ie., Motion for Summary Judgment) to be filed and served, including a judge's copy, is: **9-20-2019**
   e. ☐ The last date for pre-trial motions to be heard is (*date*): _____
   f. ☐ The last day for discovery to be **PROPOUNDED**, including receiving responses to discovery requests, is **8-30-2019**
   g. ☐ A ☐ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by (*date*) _____ (*time*) _____
   ☐ No pre-trial stipulation or pre-trial order is required

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*    Page 1    **F 7016-1.2.ORDER.STATUS.CONF**

h. ☐ A pre-trial conference is set for (*date*) _____ (*time*) _____
   ☐ No pre-trial conference is required

i. ☐ Estimate of time for trial *(specify number of hours)*: _____

j. ☐ A trial is set for (*date*) _____ (*time*) _____

k. ☐ The adversary proceeding is dismissed for failure to appear or prosecute
   ☐ with prejudice   ☐ without prejudice

l. ☒ Notice of next status conference or pre-trial conference date is waived

m. ☒ Other (*specify*):

   a. Defendant's counsel stipulated on the record that Defendant now consents to the jurisdiction of this Court (even though on his previous status report he did not consent to the jurisdiction)

   b. Defendant's Motion to Set Aside Entry of Default Pursuant to FRCP 55(c) incorporated by FRBP 7055 [Doc-9] **GRANTED** on the condition that Defendant pay Plaintiffs' counsel Baruch C. Cohen $1,000.00 by 6-21-2019

   c. Defendant's 4-25-2019 Answer to Complaint [Doc-7] is the operative Answer

   d. The parties are ordered to mediation by 10-4-2019

   e. Mediation Order to be lodged by 8-30-2019

   f. No pretrial hearing has been scheduled yet.

   g. The Court will allow direct testimony at trial by declaration.

   h. At the pretrial hearing the Court will discuss its preferences as to when to file motions in limine

   i. Plaintiffs' counsel to give notice

                                    ###

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*                            Page 2                            **F 7016-1.2.ORDER.STATUS.CONF**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 6/6/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Baruch C Cohen (IP) | bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com |
| Charles W Daff (TR) | charleswdaff@gmail.com, c122@ecfcbis.com |
| Christopher Hewitt (DB) | hewittesq@yahoo.com |
| US Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:  On  6/6/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  6/6/2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Hon. Mark D. Houle, USBC, Central District of California, 3420 Twelfth Street, Suite 365, Riverside, CA 92501

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/6/2019 | Baruch C. Cohen, Esq. | /s/ Baruch C. Cohen |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 2                    **F 9021-1.2.ADV.NOTICE.LODGMENT**