| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Baruch C. Cohen, Esq. (SBN 159455)<br>LAW OFFICE OF BARUCH C. COHEN<br>    A Professional Law Corporation<br>4929 Wilshire Boulevard, Suite 940<br>Los Angeles, California 90010<br>(323) 937-4501 Fax (888) 316-6107<br>e-mail: baruchcohen@baruchcohenesq.com | **FILED & ENTERED**<br><br>**JUN 10 2019**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY cargill    DEPUTY CLERK<br><br>**CHANGES MADE BY COURT** |
| ☐ *Debtor(s) appearing without attorney*<br>☒ *Attorney for*: Plaintiffs | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>THOMAS MOUNT<br><br>                                                                   Debtor(s)<br><br>JONATHAN BAKER & BAKER ENTERTAINMENT GROUP<br><br>                                                                   Plaintiff(s)<br>vs.<br><br>THOMAS MOUNT<br><br>                                                                   Defendant(s) | CASE NO.: 6:19-bk-10279-MH<br>CHAPTER: 7<br>ADVERSARY NO: 6:19-ap-01050-MH<br><br>**STATUS CONFERENCE AND SCHEDULING ORDER PURSUANT TO LBR 7016-1(a)(4)**<br><br>DATE: 6-5-2019<br>TIME: 2:00 p.m.<br>COURTROOM: 303<br>ADDRESS: 3420 Twelfth Street, Riverside CA 92501 |

1. A status conference took place on the date and time indicated above.
2. Parties and counsel were present as reflected in the court record.
3. This matter is disposed of as follows:

   a. ☒ Continued to the following date for a further status conference:    **11-6-2019 at 2:00 PM**

   b. ☒ A joint status report must be filed and served, including a judge's copy, by: **10-30-2019**

   c. ☐ The last day to join other parties and to amend pleadings is *(specify date)*: _____

   d. ☒ The last day for **dispositive motions** (ie., Motion for Summary Judgment) to be filed and served, including a judge's copy, is: **9-20-2019**

   e. ☐ The last date for pre-trial motions to be heard is *(date)*: _____

   f. ☐ The last day for discovery to be **PROPOUNDED**, including receiving responses to discovery requests, is **8-30-2019**

   g. ☐ A ☐ pre-trial stipulation or ☐ pre-trial order must be filed and lodged by *(date)* _____ *(time)* _____
      ☐ No pre-trial stipulation or pre-trial order is required

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*                                          Page 1                                          F 7016-1.2.ORDER.STATUS.CONF

h. ☐ A pre-trial conference is set for (*date*) _____ (*time*) _____
   ☐ No pre-trial conference is required

i. ☐ Estimate of time for trial (*specify number of hours*): _____

j. ☐ A trial is set for (*date*) _____ (*time*) _____

k. ☐ The adversary proceeding is dismissed for failure to appear or prosecute
   ☐ with prejudice    ☐ without prejudice

l. ☒ Notice of next status conference or pre-trial conference date is waived

m. ☒ Other (*specify*):

   a. Defendant's counsel stipulated on the record that Defendant now consents to the jurisdiction of this Court (even though on his previous status report he did not consent to the jurisdiction)

   b. Defendant's Motion to Set Aside Entry of Default Pursuant to FRCP 55(c) incorporated by FRBP 7055 [Doc-9] **GRANTED** on the condition that Defendant pay Plaintiffs' counsel Baruch C. Cohen $1,000.00 by 6-21-2019

   c. Defendant's 4-25-2019 Answer to Complaint [Doc-7] is the operative Answer

   d. The parties are ordered to mediation by 10-4-2019

   e. Mediation Order to be lodged by 8-30-2019

   f. No pretrial hearing has been scheduled yet.

   g. The Court may allow direct testimony at trial by declaration.

   h. At the pretrial hearing the Court may discuss its preferences as to when to file motions in limine

###

Date: June 10, 2019

Mark Houle
United States Bankruptcy Judge

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2014*    Page 2    F 7016-1.2.ORDER.STATUS.CONF