UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>THOMAS MOUNT<br><br>          Debtor(s).<br><br>JONATHAN BANKER & BAKER ENTERTAINMENT<br><br>          Plaintiff(s)/ Movant(s),<br><br>       v.<br>THOMAS MOUNT<br><br>          Defendant(s)/Respondent(s). | Case No. 6-19-10279 MH<br><br>[Chapter 7   ]<br><br><br><br>Adv. No. 6-19-01050 MH<br><br>MEDIATOR'S CERTIFICATE REGARDING COMPLETION OF MEDIATION CONFERENCE |

1.   I was assigned to mediate this matter by order of this Court dated _____
_____ as the:

   (a) Mediator ___✓___;

   (b) Alternate Mediator _____;

   (c) Successor Mediator _____;

   (d) Successor Alternate Mediator _____.

2.   I hereby certify that, to the best of my information and belief, the mediation assignment:

(a) Settled _____;

(b) Did NOT settle __✓__.

3. If the matter SETTLED:

(a) Did the matter settle prior to the mediation conference without a mediation conference being held? _____

(b) If you conducted a mediation conference that settled, on what date(s) did the conference occur? _____

(c) If you conducted a mediation conference that settled, who did you designate to prepare the settlement documentation? _____.

4. If the matter DID NOT settle:

(a) Was the matter dismissed by the Court prior to the mediation conference? NO

(b) Did you conduct a mediation conference? YES

(c) If you conducted a mediation conference, on what date(s) did the conference occur? OCT. 4, 2019

_____.

DATED: 10/21/2019

LINDA M. BLANK
(Name of Mediator)

_____
(Signature of Mediator)

cc: Hon. Barry Russell
Mediation Program Administrator
United States Bankruptcy Court
255 East Temple Street, Suite 1660
Los Angeles, California 90012