| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Baruch C. Cohen, Esq. (SBN 159455)<br>LAW OFFICE OF BARUCH C. COHEN<br>     A Professional Law Corporation<br>4929 Wilshire Boulevard, Suite 940<br>Los Angeles, California 90010<br>(323) 937-4501    Fax (323) 937-4503<br>e-mail: baruchcohen@baruchcohenesq.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Plaintiffs* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

| In re:<br><br>THOMAS MOUNT<br><br>                                             Debtor(s). | CASE NO.: 6:19-bk-10279-MH<br>CHAPTER: 7<br>ADVERSARY NO: 6:19-ap-01050-MH |
|---|---|
| JONATHAN BAKER & BAKER ENTERTAINMENT GROUP<br><br>                                             Plaintiff(s),<br>           vs.<br>THOMAS MOUNT<br><br>                                             Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:**<br><br>STIPULATION FOR NON-WAIVER OF ATTORNEY-CLIENT PRIVILEGE AND WORK PRODUCT PROTECTION (FED. R. EVID. 502(D) AND (E)) |

PLEASE TAKE NOTE that the order or judgment titled ORDER GRANTING NON-WAIVER OF ATTORNEY-CLIENT PRIVILEGE AND WORK PRODUCT PROTECTION (FED. R. EVID. 502(D) AND (E)) was lodged on 12/9/2019 and is attached. This order relates to the motion which is docket number 37.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                             Page 1                                             **F 9021-1.2.ADV.NOTICE.LODGMENT**

Baruch C. Cohen, Esq. (SBN 159455)
**LAW OFFICE OF BARUCH C. COHEN**
  A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501 Fax (323) 937-4503
baruchcohen@baruchcohenesq.com

*Attorneys for Plaintiffs Jonathan Baker & Baker Entertainment Group*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>THOMAS MOUNT,<br><br>    Debtor. | Case No.: 6:19-bk-10279-MH<br><br>Adv. Pro. No.: 6:19-ap-01050-MH<br><br>Before the Honorable Mark Houle |
| JONATHAN BAKER & BAKER ENTERTAINMENT GROUP,<br><br>    Plaintiffs,<br><br>v.<br><br>THOMAS MOUNT,<br><br>    Defendant | Chapter 7<br><br>**ORDER GRANTING STIPULATION FOR NON-WAIVER OF ATTORNEY-CLIENT PRIVILEGE AND WORK PRODUCT PROTECTION (FED. R. EVID. 502(D) AND (E))** |

  The Court has considered the **STIPULATION FOR NON-WAIVER OF ATTORNEY-CLIENT PRIVILEGE AND WORK PRODUCT PROTECTION (FED. R. EVID. 502(D) AND (E))** ("Stipulation"), between Plaintiff, JONATHAN BAKER & BAKER ENTERTAINMENT GROUP and Defendant, THOMAS MOUNT:

1

Based upon the Stipulation and good cause appearing therefor, the Stipulation is **APPROVED.**

**IT IS SO ORDERED.**

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4929 Wilshire Boulevard, Suite 940, Los Angeles, California 90010.

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 12/19/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Baruch C Cohen (IP)          bcc@BaruchCohenEsq.com, paralegal@baruchcohenesq.com
Charles W Daff (TR)          charleswdaff@gmail.com, c122@ecfcbis.com
Christopher Hewitt (DB)      hewittesq@yahoo.com
US Trustee (RS)              ustpregion16.rs.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On 12/19/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 12/19/2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Hon. Mark D. Houle, USBC, Central District of California, 3420 Twelfth Street, Suite 365, Riverside, CA 92501

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/19/2019 | Baruch C. Cohen, Esq. | /s/ Baruch C. Cohen |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012    Page 2    F 9021-1.2.ADV.NOTICE.LODGMENT