Baruch C. Cohen, Esq. (SBN 159455)
**LAW OFFICE OF BARUCH C. COHEN**
  A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501 Fax (323) 937-4503
baruchcohen@baruchcohenesq.com

*Attorneys for Plaintiffs Jonathan Baker & Baker Entertainment Group*

**FILED & ENTERED**

DEC 20 2019

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY cargill    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>THOMAS MOUNT,<br><br>  Debtor.<br><hr>JONATHAN BAKER & BAKER ENTERTAINMENT GROUP,<br><br>  Plaintiffs,<br><br>v.<br><br>THOMAS MOUNT,<br><br>  Defendant | Case No.: 6:19-bk-10279-MH<br><br>Adv. Pro. No.: 6:19-ap-01050-MH<br><br>Before the Honorable Mark Houle<br><br>Chapter 7<br><br>**ORDER GRANTING STIPULATION RESOLVING PLAINTIFF'S OBJECTIONS TO SCOPE OF DEFENDANT THOMAS MOUNT'S REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF JONATHAN BAKER AND BAKER ENTERTAINMENT GROUP** |

The Court has considered the **STIPULATION RESOLVING PLAINTIFF'S OBJECTIONS TO SCOPE OF DEFENDANT THOMAS MOUNT'S REQUESTS FOR PRODUCTION OF DOCUMENTS TO PLAINTIFF JONATHAN BAKER AND BAKER ENTERTAINMENT GROUP** ("Stipulation"), between Plaintiff, JONATHAN BAKER & BAKER ENTERTAINMENT GROUP and Defendant, THOMAS MOUNT:

1  Based upon the Stipulation and good cause appearing therefor, the Stipulation is

2  **APPROVED.**

3  **IT IS SO ORDERED.**

### 

Date: December 20, 2019

Mark Houle
United States Bankruptcy Judge