Baruch C. Cohen, Esq. (SBN 159455)
**LAW OFFICE OF BARUCH C. COHEN**
    A Professional Law Corporation
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501 Fax (323) 937-4503
baruchcohen@baruchcohenesq.com

*Attorneys for Plaintiffs Jonathan Baker & Baker Entertainment Group*



**FILED & ENTERED**

**JAN 06 2020**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY cargill    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>THOMAS MOUNT,<br><br>    Debtor. | Case No.: 6:19-bk-10279-MH<br><br>Adv. Pro. No.: 6:19-ap-01050-MH<br><br>Before the Honorable Mark Houle |
| JONATHAN BAKER & BAKER ENTERTAINMENT GROUP,<br><br>    Plaintiffs,<br><br>v.<br><br>THOMAS MOUNT,<br><br>    Defendant | Chapter 7<br><br>**ORDER GRANTING STIPULATION FOR NON-WAIVER OF ATTORNEY-CLIENT PRIVILEGE AND WORK PRODUCT PROTECTION (FED. R. EVID. 502(D) AND (E))** |

    The Court has considered the **STIPULATION FOR NON-WAIVER OF ATTORNEY-CLIENT PRIVILEGE AND WORK PRODUCT PROTECTION (FED. R. EVID. 502(D) AND (E))** ("Stipulation"), between Plaintiff, JONATHAN BAKER & BAKER ENTERTAINMENT GROUP and Defendant, THOMAS MOUNT:

1  Based upon the Stipulation and good cause appearing therefor, the Stipulation is

2  **APPROVED.**

3  **IT IS SO ORDERED.**

### 

Date: January 6, 2020

Mark Houle
United States Bankruptcy Judge